JOHN SCHUSTER, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 43312.) — STALEY, JR., J.

614

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.